# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RONALD RAY BRANSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Case No. CIV-25-688-G |
| **JARED SLENTZ et al.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by Magistrate Judge Shon T. Erwin on June 26, 2025 (Doc. No. 4). Judge Erwin recommended that Plaintiff Ronald Ray Branson's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Plaintiff's ability to pay the required filing fee.

Within the time allowed for objection, Plaintiff submitted the required $405.00 fee to the Court Clerk. *See* Doc. No. 5.

In light of Plaintiff's submission of the required fee, Plaintiff's Application (Doc. No. 2) is DENIED. The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 4).

IT IS SO ORDERED this 12th day of August, 2025.

CHARLES B. GOODWIN
United States District Judge