**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RONALD RAY BRANSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-688-G** |
| | ) | |
| **JARED SLENTZ et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court are two Motions to Strike (Doc. Nos. 19, 31) filed by Defendants Jared Slentz and Starr Reeves Cox and by Defendant Slentz, respectively. Plaintiff Ronald Ray Branson has responded to the later Motion, *see* Doc. No. 33.

On September 11, 2025, Plaintiff filed a Second Amended Complaint (Doc. No. 15); on December 1, 2025, Plaintiff filed a Third Amended Complaint (Doc. No. 30). Defendants argue that these pleadings were improperly filed and should be stricken. *See* Doc. Nos. 19, 31.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may not amend the current operative pleading (Am. Compl., Doc. No. 3) without "the opposing party's written consent" or "the court's leave." Fed. R. Civ. P. 15(a)(2); *see also* LCvR 15.1. It is undisputed that Plaintiff did not satisfy either of these requirements when filing his amended pleadings, and so they shall be stricken from the record. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020); *McCutcheon v. CF Indus., LLC*, No. CIV-19-1006-C, 2020 WL 265212, at *1-2 (W.D. Okla. Jan. 17, 2020).

CONCLUSION

As outlined herein, Defendants' Motions to Strike (Doc. Nos. 19, 31) are GRANTED. The improperly filed pleadings (Doc. Nos. 15, 30) are hereby STRICKEN from the case record. The Clerk of Court is directed to update the case docket.

Defendant Slentz's Motion (Doc. No. 32) is GRANTED insofar as Defendants' deadline to answer or otherwise respond to the Amended Complaint (Doc. No. 3) is stayed pending further order of the Court.

IT IS SO ORDERED this 28th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge